William Fletcher
6576 West Douglas
Boise, Id 83704
208 918 6917

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

William Fletcher
Plaintiff

vs

Ada County Sheriff
Deputy Marquardt, Ada County

CASE NO. 1:15CV-00029-REB
MOTION FOR COUNSEL ASSISTANCE OR DISMISS AND TURN CASE OVER TO PROPER AUTHORITIES

Comes now the Plaintiff, William J. Fletcher, through Pro Se hereby ask the court to appoint him counsel or dismiss case due to plaintiff Fletcher mental inability to handle case at trial. Plaintiff Fletcher is an honorable combat veteran who has PTSD from combat and now continue having to live with being beat by someone who suppose to protect and serve the community. The evidence in this case speaks for itself, and I believe this case the NAACP, ACLU and the Department of Justice should get involved as plaintiff tried to resolve this in fair matter. If the plaintiff go and attack an officer of law, they will be ready to fry him and beat him and throw the book at him but someone that has a badge can get clean getaway for a hate crime that this has turn out to be. Plaintiff Fletcher ask the court to appoint an attorney to help fight defendants in his case or dismiss it and hand it over to proper authority's to handle this case further as the plaintiff put his life on the line for his country. He should be entitled to some kind of help. Respectfully Dated this 15 November 2019

William Fletcher

RE: Fletcher v. Marquardt, Case No. 1:15-cv-00029-REB

From: Jason Murray (jgm@brassey.net)
To: jmaine082@yahoo.com
Cc: acb@brassey.net
Date: Friday, November 15, 2019, 11:11 AM MST

Mr. Fletcher,

Thank you for your email. As a preliminary matter, Andy is out of the office at the moment, but he has discussed your email with our client, and he wanted me to respond to your email and to update you regarding other issues pertaining to next week's trial. First, based on the Court's comments at the pretrial conference regarding the manner of presenting the testimony of Megan Tumulty, after careful consideration we have determined that the best manner in which to present her testimony will be to bring her to Boise from Baltimore so that she may testify in person. As such, Andy anticipates calling her live as a part of Defendant's case in chief.

Secondly, we have prepared copies of the two videos, which have been edited as I had indicated before—e.g., the footage will show up through and will include you and the defendant leaving the screen and/or the door closing after entering the holding area. I have copies of the proposed videos, Defendant's Exhibits 500 and 501, available for you to pick up at our office. They will be at the front desk, and our address is 345 Bobwhite Court, Suite 215 in Boise. We are located just off of Rossi Street, across the street from the Holiday Inn Express at Rossi and ParkCenter. We are still working on any potential exhibit showing the floor plan of the cell block, and will let you know if and when a copy might be available.

Finally with respect to your inquiry into potential settlement, Andy has discussed your email with our client, who has advised that no money will be offered. That said, if you are willing to dismiss the pending lawsuit with prejudice, we are authorized to waive any claim(s) for costs and/or fees which the Defendant might obtain following trial as consideration for a mutual walk-away. Please consider this offer and let us know your response. In the meantime, we will have the videos ready for you to pick up.

Jason G. Murray

BRASSEY CRAWFORD, PLLC

345 Bobwhite Court, Suite 215

P.O. Box 1009

Boise, Idaho 83701-1009

## Re: Fletcher v. Marquardt 15-29

From: Jmaine Jmaine (jmaine082@yahoo.com)

To: daniel_gordon@id.uscourts.gov; acb@brassey.net

Cc: sherry_richter@id.uscourts.gov

Date: Friday, November 15, 2019, 12:15 PM MST

I hereby letting the Court know that i am intending on filing a motion to reset trial dates or drop the case until the NAACP or ACLU to pick up on or whatever the Honorable Court decision on this case will be. I Have been talking to an attorney that will be willing to take my case but can not do it in a short time and I believe that defendants have an advantage over me and will use that advantage to there full ability after talking to defendants attorneys and there not willing to entertain An ADR or settlement Negotiations but rather have me dismissed this case with prejudiced.
Court should know that i cant represent my self against all these power house attorneys who condone or okay with there client to use of excessive force against an un arm black male who was accuse of committing a sex offense
Who is an Honorable Combat Veteran, College graduate.
I was located in cell block 8 tier #2 because of a sex offense i was accused of and others on that tier had sometype of sex charge that put them on that tier.
For someone to not be held accountable is a dis grace to our constitution as this should be a hate crime as well in according to the law but who cares about An Army Combat Veteran, unarmed black male who pose no threat to him to be attacked. My Life has never been the same after this event and for someone to go alone like he done nothing wrong is upserb. If i do not have an attorney whos going fight for whats right i cant do it alone which i was hoping the court would have found me one just as the ninth circuit found me one who fought for me. I do not have the emotional and mental capacity to fight these attorneys in this matter and i believe with evidence itself speaks for itself.

Sent from Yahoo Mail on Android